**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Pauline Moss Rodock
In Proper Person
1280 Morehead Pl., Apt. 104
Sumter SC 29150

**REHEARING ACTION: March 15, 2017**

**Docket Number: 16   00809-CA**

**PAULINE MOSS RODOCK**
**VERSUS**
**BRAD ALLEN POMMIER**

**Appealed from Vernon Parish Case No. 79,820**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the "Petition for Panel Rehearing or Hearing En Banc" filed by **Pauline Moss Rodock**

has this day been

   **DENIED.**

cc: Misty Dawn Smith, Counsel for the Appellee
    Elvin Clemence Fontenot, Jr., Counsel for the Appellee